IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
_____

VEHICLE IP, LLC,

        Plaintiff,                                 ORDER

                                                         07-cv-345-jcs

   v.

GENERAL MOTORS CORPORATION, ONSTAR
CORPORATION, CELLCO PARTNERSHIP and
NETWORKS IN MOTION, INC.,

        Defendants.
_____

Plaintiff's motions to set deadline for the completion of document discovery and to clarify timing of expert report came on to be heard by telephone in the above entitled matter on December 12, 2007, the plaintiff having appeared by Axley Brynelson by Michael Modl and Andrew Clarkowski and Fish & Richardson by Michael J. Kane; defendants General Motors Corporation and Onstar Corporation by Reinhart, Boerner & Van Deuren by Scott W. Hansen and Howrey LLP by Jonathan E. Retsky; defendants Cellco Partership and Networks in Motion by Boardman, Suhr, Curry & Field by Catherine Cetrangolo and Morrison & Foerster by Martin M. Noonen and Vincent Belusko.  Honorable John C. Shabaz, District Judge, presided.

Based on the amount of documents already provided by defendants, the time remaining for discovery, plaintiff's ability to supplement its expert's report if relevant documents are later produced and plaintiff's failure to provide any good reason to

support what other documents are needed to complete its expert report, the Court will deny plaintiff's motion to require certification of document discovery.

Accordingly,

ORDER

IT IS ORDERED that plaintiff's motion to set deadline for the completion of document discovery is DENIED.

IT IS FURTHER ORDERED that plaintiff's motion to clarify the timing of expert reports is DENIED with the understanding that the parties are required to follow all requirements under Federal Rules of Civil Procedure 26(a)(2) in providing expert opinions and reports.

Entered this 12th day of December, 2007.

BY THE COURT:

/s/

_____
JOHN C. SHABAZ
District Judge