UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

VEHICLE IP, LLC,,

Plaintiff,

v.

Case No. 07-C-0345

GENERAL MOTORS CORPORATION,
ONSTAR CORPORATION,
VERIZON COMMUNICATIONS, INC.,
CELLCO PARTNERSHIP,
NETWORKS IN MOTION, INC.,

Defendants.

**ORDER PREVENTING DESTRUCTION OF DOCUMENTS**

The Court having heard arguments of counsel on behalf of plaintiff and defendants General Motors and OnStar concerning the possible destruction of documents maintained by a company known as Remote Dynamics, over which the plaintiff may have the right of possession, custody or control,

IT IS HEREBY ORDERED that the plaintiff, and all persons in active concert or participation with the plaintiff, shall cease immediately the destruction of any documents that may fall within the scope of Rule 26(b) of the Federal Rules of Civil Procedure, and shall advise counsel for General Motors and OnStar concerning the extent to which those documents have been destroyed since the inception of this litigation.

Dated this 20th day of December, 2007.

BY THE COURT

_____
Honorable John C. Shabaz
United States District Court Judge

MW\1487205