IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

VEHICLE IP, LLC,

    Plaintiff,

v.

GENERAL MOTORS CORPORATION,
ONSTAR CORPORATION, CELLCO
PARTNERSHIP and NETWORKS IN
MOTION, INC.,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 07-cv-345-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

1. GRANTING Defendants Cellco Partnership's and Networks In Motion, Inc.'s motion for summary judgment of non-infringement and invalidity concerning defendants' non-infringement defense to plaintiff's claim that:

   Defendants Cellco and Networks In Motion's VZ Navigator, and all other Networks In Motion products based on the AtlasBook reference design, which includes AAA Mobile, Alltel Access Mobile Guide, Atlas Book Navigator, Gearworks Field Force Manager, NavBuilder, Nordisk NMT Navigator, Rand McNally Street Finder Wireless, Telus Navigator, Trimble Outdoors, and U.S. Cellular Your Navigator, infringe claims 1, 4, 6, 7, 11, 13, 15, 17, 21, 23, 25, 30, 32, 33, 35, 38, 39, 43, 45, 46, 48, 55 and 56 of the '743 patent.

2. GRANTING Defendants General Motors Corporation's and OnStar Corporation's motion for summary judgment of non-infringement, invalidity and absence of willful infringement concerning defendants' non-infringement defense to plaintiff's claim that:

   Defendants General Motors Corporation and OnStar Corporation's turn-by-turn navigation OnStar System infringes claims 1, 4, 6, 7, 11, 13, 15, 17, 21, 23, 25, 30, 32, 33, 35, 38, 39, 43, 45, 46, 48, 55 and 56 of the '743 patent.

3. DISMISSING without prejudice General Motors Corporation's and OnStar Corporation's counterclaims asserting invalidity and unenforceability as a result of inequitable conduct.

Approved as to form this 5th day of March, 2008.

_Barbara B. Crabb_
Barbara B. Crabb,
District Judge

_Theresa M. Owens_                                                  MAR 0 6 2008
Theresa M. Owens, Clerk of Court                        Date